UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JAVONTAE QUINTEZ WHITE,

         **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

## COUNT 1
(Distribution of Fentanyl Resulting in Death)

On or about July 7, 2018, in Kent County, in the Western District of Michigan, Southern Division, the defendant,

JAVONTAE QUINTEZ WHITE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of E.M.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Distribution of Fentanyl)

On or about July 8, 2018, in Kent County, in the Western District of Michigan, Southern Division, the defendant,

JAVONTAE QUINTEZ WHITE,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

# COUNT 3
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about July 8, 2018, in Kent County, in the Western District of Michigan, Southern Division, the defendant,

JAVONTAE QUINTEZ WHITE,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL T. MCGRAW
Assistant United States Attorney