UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JAVONTAE QUINTEZ WHITE,

           Defendant.

_____/

No. 1:19-cr-52
Hon. Paul L. Maloney

INDICTMENT
**PENALTY SHEET**


**COUNT 1 – Distribution of Fentanyl Resulting in Death**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)**

**Maximum penalty:**    With a prior felony drug offense conviction, not less than life in prison and a fine of up to $2,000,000.
[21 U.S.C. §§ 841(b)(1)(C), 851]

**Supervised Release:**    Not less than 6 years and up to life.
[21 U.S.C. §§ 841(b)(1)(C), 851]

**Special Assessment**:    $100.
[18 U.S.C. § 3013]

**COUNT 2 – Distribution of Fentanyl**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)**

**Maximum penalty:**    With a prior felony drug offense conviction, not more than 30 years in prison and a fine of up to $2,000,000.
[21 U.S.C. §§ 841(b)(1)(C), 851.]

**Supervised Release:**    Not less than 6 years and up to life.
[21 U.S.C. §§ 841(b)(1)(C), 851]

**Special Assessment:**    $100.
[18 U.S.C. § 3013]

## COUNT 3 – Possession with Intent to Distribute Fentanyl and Cocaine
## 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)

**Maximum penalty:**    With a prior felony drug offense conviction, not more than 30 years in prison and a fine of up to $2,000,000.
[21 U.S.C. §§ 841(b)(1)(C), 851]

**Supervised Release:**    Not less than 6 years and up to life.
[18 U.S.C. § 3583(b)(2)]

**Special Assessment**:    $100.
[18 U.S.C. § 3013]


Date:  March 5, 2019        /s/ Daniel T. McGraw_____
Assistant United States Attorney


Submitted in accordance with Admin Order 17-MS-046