UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVONTAE QUINTEZ WHITE,

    Defendant.

CASE NO. 1:19-cr-52
    Hon. Paul L. Maloney

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
AND MOTION TO SEAL

TO:    HONORABLE PHILLIP J. GREEN
        UNITED STATES MAGISTRATE JUDGE
        WESTERN DISTRICT OF MICHIGAN

    Now comes Daniel T. McGraw, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

    1.    That on or about March 5, 2019, an Indictment was returned against defendant charging him with distribution of fentanyl resulting in death, distribution of fentanyl, and possession with intent to distribute fentanyl and cocaine.

    2.    That the defendant is presently incarcerated at the Kent County Jail, and that he cannot be produced and appear before this Court for a hearing on March 11, 2019 at 2:00 p.m., without an order of this Court.

    WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff of the Kent County Jail, and to each and all of

his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on March 11, 2019 at 2:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff of the Kent County Jail.

ADDITIONALLY, petitioner requests that this petition and order be SEALED so that opportunity for witness intimidation of incarcerated individuals is minimalized until the time that the investigative agency is able to transport the incarcerated defendant into federal custody for his initial appearance.

ANDREW BYERLY BIRGE
United States Attorney

_____
DANIEL T. MCGRAW
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable March 11, 2019 at 2:00 p.m. for an Initial Appearance before the Honorable Phillip J. Green, United States Magistrate Judge, in Grand Rapids, Michigan.

IT IS FURTHER ORDERED, that this petition and order be SEALED.

Dated: 3/5/2019

_____
HON. PHILLIP J. GREEN
United States Magistrate Judge